| | |
|---|---|
| CAMPEAU GOODSELL SMITH, L.C.<br>SCOTT L. GOODSELL, #122223<br>WILLIAM J. HEALY, #146158<br>440 N. 1st Street, Suite 100<br>San Jose, CA 95112<br>TEL. (408) 295-9555<br>FAX. (408)295-6606 | Case Name: Kids Connection<br><br>Case No.: 09-3207 |

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# **CERTIFICATE OF SERVICE**

I declare that I am employed in the County of Santa Clara, California; I am over the age of 18 years, and not a party to the within entitled cause; my address is 440 N. 1st Street, Suite 100, San Jose, California 95112.

On November 24, 2009, I served a copy of:

1. **Summons and Notice of Status Conference in an Adversary Proceeding**
2. **Adversary Proceeding Cover Sheet**
3. **Complaint to Determination of Secured Claim and Avoidance of Post-Petition Acft to Create, Perfect, or Enforce Lien Against Property of the Estate**
4. **Order Re Initial Disclosures and Discovery Conference**
5. **Bankruptcy Dispute Resolution Program Information Sheet**

BY ELECTRONIC COURT FILING ("ECF") UNLESS INDICATED:

**See Attached List**

I declare under penalty of perjury, under the laws of California, that the foregoing is true and correct.

Executed on November 24, 2009, at San Jose, California.

/s/ William J. Healy
William J. Healy

# Address List

| | | |
|---|---|---|
| 2 | Linda Koelling<br>860 Meridian Bay #342<br>Foster City, CA 94404 | *By U.S Mail* |
| 4 | Mark Martel<br>425 Sherman Avenue, #330<br>Palo Alto, CA 94306 | *By U.S Mail* |
| 7 | Dennis D. Davis, Esq.<br>Goldberg, Stinnett, Davis and Linchey<br>44 Montgomery Street, Suite 2900<br>San Francisco, CA 94104<br>Attorneys for Creditor Linda Ann Koelling<br>and Harry Fred Koelling | *By U.S Mail* |