GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
KATHERINE D. RAY, ESQ. CA Bar #121002
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Defendant Linda Koelling

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 08-30026-DM |
| KIDS CONNECTION, INC., | Chapter 11 |
| Debtor. | |
| KIDS CONNECTION, INC., | A.P. No. 09-3207 |
| Plaintiff, | |
| vs. | |
| LINDA KOELLING, MARK MARTEL, | |
| Defendants. | |

**ANSWER TO COMPLAINT**

**COMES NOW LINDA KOELLING**, and responds to the complaint on file herein as follows:

1. Defendant incorporates the allegations contained in paragraphs one through eight.

2. Responding to the allegations in paragraph two, defendant responds that the debtor did not list any interest in the employment agreement in its original schedules but that on March 1, 2005 the debtor did list an interest in the employment contract; that the Koelling case was filed as a chapter 11 case on November 16, 2004 and was converted to a chapter 7 case on March 5, 2008; that Linda

-1-

124173.DOC

Koelling was not terminated until long after her case was converted and continued to render services to the debtor for approximately one-and-a-half years after conversion of the case to chapter 7. Except as specifically admitted, defendant denies the allegations and legal conclusions contained in paragraph nine.

3. Defendant admits the allegations contained in paragraph ten.

4. Responding to the allegations contained in paragraph 11, defendant incorporates the language of the Agreement herein and denies the allegations of paragraph 11 to the extent it misstates or misconstrues the provisions of the Agreement.

5. Plaintiff admits the allegations contained in paragraphs 12, 13, 14 and 15.

6. Responding to the allegations contained in paragraph 16, defendant admits that on or about February 5, 2009, the law firm of Campeau Goodsell Smith, L.C. filed the motion referred to without obtaining approval of the language contained therein from its client. Further responding to the allegations contained in paragraph 16, defendant states that the allegations contained in the second sentence of the paragraph are incomprehensible. Except as admitted, defendant denies the allegations contained in said paragraph.

7. Responding to the allegations contained in paragraph 17, defendant admits that the Court entered a sale order relating to the property authorizing the property to be sold free and clear of the liens specified in said order, including the lien of Linda Koelling, and ordered that the Koelling lien attach to the sales proceeds. Except as admitted, defendant denies the allegations contained in paragraph 17.

8. Defendant admits the allegations contained in paragraph 18.

9. Defendant denies the allegations contained in paragraph 19.

10. Responding to the allegations contained in paragraphs 20 through 28, defendant states that said allegations do not relate to the claims against this defendant and this defendant has insufficient information and belief upon which to base a response to the allegations contained in said paragraphs, and based upon said lack of information and belief, denies the allegations contained therein.

///

### First Claim for Relief

11. Defendant realleges the allegations contained in paragraphs one through ten.

12. In responding to the allegations contained in paragraph 30, defendant concedes that defendant and the trustee do not agree on the legal effect of the relevant facts and otherwise denies the allegations contained in paragraph 30.

### Second Claim for Relief

13. Defendant incorporates the allegations of paragraphs one through twelve.

14. Responding to the allegations contained in paragraphs 32 through 34, defendant denies said factual allegations.

### Third Claim for Relief

15. Defendant denies the allegations contained in paragraphs one through fourteen.

16. Responding to the allegations contained in paragraphs 36 through 38, defendant denies the factual allegations contained therein.

### Fourth Claim for Relief

17. Responding to the allegations contained in paragraph 39, defendant incorporates the allegations contained in paragraphs one through sixteen.

18. Defendant admits that a controversy exists and otherwise denies the allegations contained in paragraph 40.

### Affirmative Defense

19. As and for a first affirmative defense, the complaint was not filed by the debtor within two years of the filing of the bankruptcy petition and any avoidance claims are barred by the statute

///
///
///
///
///
///
///

of limitations.  The complaint was filed by Campeau Goodsell Smith, L.C. for its own benefit and without authority of the debtor.

WHEREFORE, defendant prays for relief as hereinabove requested and for recovery of her costs of suit.

DATED: January 13, 2010

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation

By  /s/ Dennis D. Davis
    Attorneys for Defendant Linda Koelling

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

## ANSWER TO COMPLAINT

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on January 15, 2010.

          /s/ Len Shaffer

Ron M. Oliner, Esq.
Duane Morris LLP
One Market St.
Spear St. Tower, Suite 2000
San Francisco, CA 94105-1104