Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Plaintiff and Chapter 7 Trustee
JANINA M. ELDER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 08-30026-DM |
| KIDS CONNECTION, INC., | Chapter 7 |
| Debtor. | |
| JANINA M. ELDER, Trustee, | Adversary Proceeding No. 09-03207 |
| Plaintiff, | **REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT MARK MARTEL** |
| v. | |
| LINDA KOELLING and MARK MARTEL, | |
| Defendants. | |

**TO THE CLERK OF COURT:**

    **REQUEST IS HEREBY MADE**, pursuant to Federal Rule of Bankruptcy Procedure 7055, that you enter the default of defendant Mark Martel for failure to plead or otherwise move as provided by law, as appears from the Declaration of Geoffrey A. Heaton, filed herewith.

DUANE MORRIS LLP
SAN FRANCISCO

DM3\1383974.1 R1013/00021

1

REQUEST FOR ENTRY OF CLERK'S DEFAULT - ADVERSARY PROCEEDING NO. 09-03207

Dated: May 26, 2010

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
GEOFFREY A. HEATON
Attorneys for Plaintiff and Chapter 7 Trustee
JANINA M. ELDER

DUANE MORRIS LLP
SAN FRANCISCO

DM3\1383974.1 R1013/00021

2

REQUEST FOR ENTRY OF CLERK'S DEFAULT - ADVERSARY PROCEEDING NO. 09-03207