

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Plaintiff and Chapter 7 Trustee
JANINA M. ELDER

**Signed and Filed: June 25, 2010**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>KIDS CONNECTION, INC.,<br><br>      Debtor. | Case No. 08-30026-DM<br><br>Chapter 7 |
| JANINA M. ELDER, Trustee,<br><br>      Plaintiff,<br><br>      v.<br><br>LINDA KOELLING and MARK MARTEL,<br><br>      Defendants. | Adversary Proceeding No. 09-03207<br><br>**ORDER DISMISSING ADVERSARY PROCEEDING** |

The Court, having been advised by counsel to chapter 7 trustee Janina M. Elder ("Trustee") that (1) claims asserted in the captioned adversary proceeding ("Adversary Proceeding") against defendant Linda Koelling ("Koelling") have been resolved by way of a Court approved compromise between the Trustee and Koelling; (2) claims asserted in the Adversary Proceeding against defendant Mark Martel ("Martel") have been resolved by way of

DUANE MORRIS LLP
SAN FRANCISCO

DM3\1407246.1 R1013/00021

1

ORDER DISMISSING ADVERSARY PROCEEDING – A.P. NO. 09-03207

Martel's release of a certain judgment lien that was the basis for the claims against Martel; and (3) no other claims remain at issue in the Adversary Proceeding, now rules as follows:

**IT IS HEREBY ORDERED** that the Adversary Proceeding is dismissed.

**\*\*\* END OF ORDER \*\*\***

Case: 09-03207   Doc# 14   Filed: 06/25/10   Entered: 06/28/10 12:00:02   Page 2 of 3

## <u>COURT SERVICE LIST</u>

Mark Martel
425 Sherman Avenue #330
Palo Alto, CA 94306

[All other parties are ECF registered in this adversary proceeding.]

DUANE MORRIS LLP
SAN FRANCISCO